UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES KYLE BELL,<br><br>Defendant. | Crim. No. 21-284 (JDB) |

### ORDER

Upon consideration of [26] defendant's Motion to Amend Judgment, and the entire record herein, it is hereby ORDERED that defendant's motion is GRANTED. The Court now recommends to the Bureau of Prisons that the defendant be incarcerated at the Bureau of Prisons' facility at FCI Seagoville, Texas.

/s/
JOHN D. BATES
United States District Judge

Dated: January 12, 2022

1